defective in that "Spires Grocery Store" is not a "person" capable of being robbed and the conviction on this charge is reversed.

■■ The defendant raises several other issues on appeal. We have reviewed the record and find these issues to be without merit. We find that no error of law appears, that an opinion would have no precedential value, and that the evidence is not so unsatisfactory as to leave a reasonable doubt as to defendant's guilt and we therefore affirm Count II of the conviction in accordance with Supreme Court Rule 23 (Ill. Rev. Stat., ch. 110A, par. 23).

Judgment reversed in part and affirmed in part.

EBERSPACHER and CARTER, JJ., concur.

In re APPLICATION OF THE COUNTY COLLECTOR OF ST. CLAIR COUNTY.

(No. 73-81;

Fifth District—October 8, 1974.

PER CURIAM.
G. MORAN, P. J., took no part.

Robert H. Rice, State's Attorney, of Belleville, for appellant.

J. Michael Mathis, of Peoria, for appellee.